 E-filing

AO 257 (Rev. 6/78)

# DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT ☑ INFORMATION ☐ INDICTMENT ☐ SUPERSEDING

**OFFENSE CHARGED**

Title 18 USC § 1030(a)(2)(B) - Fraud and related activity in connection with computers (Class A Misdemeanor)

☐ Petty ☐ Minor ☑ Misdemeanor ☐ Felony

PENALTY:

1 year imprisonment, $100,000 fine, $25 special assessment, 1 year of supervised release

**PROCEEDING**

Name of Complainant Agency, or Person (&Title, if any)

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of: ☐ U.S. Att'y ☐ Defense — SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under — MAGISTRATE CASE NO.

Name and Office of Person Furnishing Information on THIS FORM: SCOTT N. SCHOOLS

☑ U.S. Att'y ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned): Maureen Bessette

Name of District Court, and/or Judge/Magistrate Location: NORTHERN DISTRICT OF CALIFORNIA

**DEFENDANT - U.S.**

Davina Teasley

DISTRICT COURT NUMBER

CR07-0781 WDB

FILED DEC 10 2007 RICHARD W. WIEKING CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA OAKLAND

**DEFENDANT**

**IS *NOT* IN CUSTODY**

1) ☑ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**

4) ☐ On this charge

5) ☐ On another conviction

6) ☐ Awaiting trial on other charges — ☐ Fed'l ☐ State

If answer to (6) is "Yes", show name of institution

Has detainer been filed? ☐ Yes ☐ No — If "Yes" give date filed

Month/Day/Year

**DATE OF ARREST**

Or... if Arresting Agency & Warrant were not

Month/Day/Year

**DATE TRANSFERRED TO U.S. CUSTODY**

☐ This report amends AO 257 previously submitted

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:

☐ SUMMONS ☑ NO PROCESS* ☐ WARRANT Bail Amount:

If Summons, complete following:

☐ Arraignment ☐ Initial Appearance

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment*

Defendant Address:

Date/Time:

Before Judge:

Comments:

SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

Attorney for Plaintiff

E-filing
FILED
2007 DEC 10 AM 10: 25
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>DAVINA TEASLEY,<br>Defendant. | No. CR07-0781 WDB<br><br>VIOLATION: Title 18, United States Code, Section 1030(a)(2)(B) - Fraud and Related Activity in Connection with Computers<br>(Class A Misdemeanor)<br><br>OAKLAND VENUE |

## INFORMATION

The United States Attorney charges:

On February 4, 2003, February 7, 2003, July 24, 2003, February 18, 2004, February 19, 2004, and May 20, 2004, in the Northern District of California, the defendant,

DAVINA TEASLEY,

did intentionally access an Internal Revenue Service computer, and, without authorization and in excess of any authorized access, did obtain individual personal taxpayer information

////

////

from the Internal Revenue Service, an agency of the United States, all in violation of Title 18, United States Code, Section 1030(a)(2)(B), a Class A misdemeanor.

DATED: December 5, 2007

SCOTT N. SCHOOLS
United States Attorney

W. DOUGLAS SPRAGUE
Assistant United States Attorney
Chief, Oakland Branch

(Approved as to form: _______________)
MAUREEN BESSETTE
Assistant United States Attorney