AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☑ INFORMATION  ☐ INDICTMENT  ☐ SUPERSEDING

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA

---- OFFENSE CHARGED ----

Title 18 USC § 1030(a)(2)(B) - Fraud and related activity in connection with computers (Class A Misdemeanor)

☐ Petty
☐ Minor
☑ Misdemeanor
☐ Felony

**PENALTY:**
1 year imprisonment, $100,000 fine, $25 special assessment, 1 year of supervised release

---- DEFENDANT - U.S. ----

▶ Davina Teasley

DISTRICT COURT NUMBER

CR07-0781 WDB

FILED DEC 10 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

---- PROCEEDING ----

Name of Complaintant Agency, or Person (&Title, if any)

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
  ☐ U.S. Att'y  ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

SHOW DOCKET NO. _____

MAGISTRATE CASE NO. _____

Name and Office of Person Furnishing Information on THIS FORM
**SCOTT N. SCHOOLS**
☑ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned)    Maureen Bessette

---- DEFENDANT ----

**IS NOT IN CUSTODY**
1) ☑ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶ _____
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges  } ☐ Fed'l  ☐ State

If answer to (6) is "Yes", show name of Institution _____

Has detainer been filed?  ☐ Yes  ☐ No  } If "Yes" give date filed _____

**DATE OF ARREST** ▶ Month/Day/Year _____
Or... if Arresting Agency & Warrant were not

**DATE TRANSFERRED TO U.S. CUSTODY** ▶ Month/Day/Year _____

☐ This report amends AO 257 previously submitted

---- ADDITIONAL INFORMATION OR COMMENTS ----

**PROCESS:**
☐ SUMMONS  ☑ NO PROCESS*  ☐ WARRANT    Bail Amount: _____

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Defendant Address:

Date/Time: _____

Before Judge: _____

Comments:

1 | SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

3 | Attorney for Plaintiff

FILED *a* E-filing

2007 DEC 10 AM 10: 25

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>DAVINA TEASLEY,<br><br>    Defendant. | No. CR07-0781 WDB<br><br>VIOLATION: Title 18, United States Code, Section 1030(a)(2)(B) - ~~Fraud and Related Activity in Connection with Computers~~ *Unauthorized Computer Access* (Class A Misdemeanor)<br><br>OAKLAND VENUE |

INFORMATION

The United States Attorney charges:

On February 4, 2003, February 7, 2003, July 24, 2003, February 18, 2004, February 19, 2004, and May 20, 2004, in the Northern District of California, the defendant,

DAVINA TEASLEY,

did intentionally access an Internal Revenue Service computer, and, without authorization and in excess of any authorized access, did obtain individual personal taxpayer information

////

////

INFORMATION

Document No. 1 of 
District Court
Criminal Case Processing

1  from the Internal Revenue Service, an agency of the United States, all in violation of Title
2  18, United States Code, Section 1030(a)(2)(B), a Class A misdemeanor.

4  DATED: December 5, 2007                SCOTT N. SCHOOLS
                                          United States Attorney

                                          W. DOUGLAS SPRAGUE
                                          Assistant United States Attorney
                                          Chief, Oakland Branch

10 (Approved as to form:
                           MAUREEN BESSETTE
                           Assistant United States Attorney

INFORMATION