

**U.S. Department of Justice**

*United States Attorney*
*Northern District of California*

---

*Ronald V. Dellums Federal Building*  (510) 637-3680
*1301 Clay Street, Suite 340S*
*Oakland, California 94612-5217*  *FAX (510) 637-3724*

December 10, 2007

VIA E-FILING

The Honorable Wayne D. Brazil
United States District Court
1301 Clay Street
Oakland, California 94612

  Re: <u>United States v. Davina Teasley</u> CR07-0781 WDB

Dear Judge Brazil:

  The United States Attorney's office hereby requests that a date for an initial appearance regarding this matter be set on the Court's Criminal Calendar at 10:00 a.m. on December 20, 2007 for an initial appearance and arraignment.

          Very Truly Yours,

          SCOTT N. SCHOOLS
          United States Attorney

          */s/ Chan Grewal*
          CHAN GREWAL
          Law Clerk