

**U.S. Department of Justice**

*United States Attorney*
*Northern District of California*

---

*Ronald V. Dellums Federal Building*  (510) 637-3680
*1301 Clay Street, Suite 340S*
*Oakland, California 94612-5217*  *FAX (510) 637-3724*

December 10, 2007

VIA E-FILING

The Honorable Wayne D. Brazil
United States District Court
1301 Clay Street
Oakland, California 94612

    Re:    United States v. Davina Teasley CR07-0781 WDB

Dear Judge Brazil:

    The United States Attorney's office hereby requests to change the date for an initial appearance regarding this matter and to set it on the Court's Criminal Calendar at 10:00 a.m. on December 19, 2007 for an initial appearance and arraignment.

                                           Very Truly Yours,

                                           SCOTT N. SCHOOLS
                                           United States Attorney

                                           CHAN GREWAL
                                           Law Clerk